# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| GLENDA EATMON AND | § | |
| MATTHEW SCHARK, Individually and | § | |
| on Behalf of All Other Persons | § | |
| Similarly Situated | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-306-DF-CE |
| | § | |
| PALISADES COLLECTION, LLC | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge

Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 52),

which contains his recommendation that the court grant the plaintiffs' motion to certify the above-

titled action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, name a

plaintiff, Glenda Eatmon ("Eatmon"), as class representative, and appoint counselors Bonner Walsh

and Jeffrey Weinstein as class counsel (Dkt. No. 23), has been presented for consideration. No

objections were filed to the report and recommendation. The court is of the opinion that the

conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its entirety, the

report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the court

certifies the following class of plaintiffs:

> All Texas residents who are listed as a debtor on a motor vehicle retail installment
> contract held by Palisades Collection, LLC and were sued by Palisades or received
> a demand letter from Palisades Collection, LLC on or after August 6, 2006 which
> indicated that Palisades was either a holder of the debt or entitled to collect it.
> Specifically excluded from the class are all federal judges and members of their
> families within the first degree of consanguinity, and the officers, directors, and
> counsel of record of Defendant.

**SIGNED this 24th day of March, 2010.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE